**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

LUGERTHA BRIDGES,            *
                                   *
      Plaintiff,        *
                                     *
vs.                          *   CIVIL ACTION NO. 22-00467-B
                                     *
KILOLO KIJAKAZI,           *
Acting Commissioner of     *
Social Security,          *
                                     *
      Defendant.        *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendant's unopposed motion for remand (Doc. 17) is **GRANTED**, and that the decision of the Commissioner of Social Security denying Plaintiff's application for a period of disability and disability insurance benefits is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). See Melkonyan v. Sullivan, 501 U.S. 89 (1991). The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** and **ORDERED** this **19th** day of **April, 2023.**

                                **/s/ SONJA F. BIVINS**
                       **UNITED STATES MAGISTRATE JUDGE**