```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

| | |
|---|---|
| **LUGERTHA BRIDGES,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 22-00467-B |
| | * |
| **KILOLO KIJAKAZI,** | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Lugertha Bridges' Unopposed Motion for Attorney's Fees and Costs under the Equal Access to Justice Act (Doc. 20) is hereby **GRANTED in part,** and that Plaintiff is hereby **AWARDED** attorney's fees in the amount of **$5,514.02** and court costs in the amount of **$402.00** under the Equal Access to Justice Act, payable to Plaintiff.

    **DONE** and **ORDERED** this **11th** day of **May, 2023.**

                                         **/s/ SONJA F. BIVINS**
                                   **UNITED STATES MAGISTRATE JUDGE**